[No. 71032-0-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK MATTHEW MOE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00339-7, Eric Z. Lucas, J., entered October 14, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 71196-2-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY D. MCALLISTER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-00770-8, Deborra Garrett, J., entered June 25, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.

[No. 71338-8-I.   Division One.   January 20, 2015.]

SNOWDON ASSOCIATES LLC, *Respondent*, v. STEPHANIE DRUXMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-33112-8, Nancy Bradburn-Johnson, J. Pro Tem., entered October 7, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 71348-5-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD R. ZACHARIASEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01906-4, Joseph P. Wilson, J., entered December 17, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Lau, JJ.